1  MORGAN, LEWIS & BOCKIUS LLP
   BARBARA J. MILLER, State Bar No. 167223
2  DARREN CAMPBELL, State Bar No. 223088
   5 Park Plaza, Suite 1750
3  Irvine, CA 92614
   Tel: 949.399.7000
4  Fax: 949.399.7001
   barbara.miller@morganlewis.com
5  dcampbell@morganlewis.com

6  Attorney for Defendant
   JPMORGAN CHASE BANK, N.A.
7

8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULINE NGUYEN-JENSTED, on behalf of herself and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>J.P. MORGAN-CHASE, a corporation; and DOES 1 TO 100, inclusive,<br><br>Defendants. | Case No.  CV08-02865 ODW (JWJx)<br><br>**NOTICE OF RELATED CASES**<br><br>Local Rule 83-1.3<br><br>Complaint Filed: March 27, 2008<br>Trial Date:      None Set |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

1-IR/443803.1

NOTICE OF RELATED CASES

1  TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE
2  CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HER
3  ATTORNEYS OF RECORD:
4     PLEASE TAKE NOTICE that, pursuant to Local Rule 83-1.3, Defendant
5  JPMORGAN CHASE BANK, N.A. hereby submits that it is not aware of any
6  previously filed or pending related cases in the Central District of California.

Dated:   May 1, 2008

MORGAN, LEWIS & BOCKIUS LLP
BARBARA J. MILLER
DARREN J. CAMPBELL

By _____
Barbara J. Miller
Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

1-IR/443803.1                    -2-
NOTICE OF RELATED CASES