UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULINE NGUYEN-JENSTAD, on behalf of herself and those similarly situated,<br>PLAINTIFF(S)<br>v.<br>J.P. MORGAN-CHASE, a corporation; and DOES 1 through 100, inclusive<br>DEFENDANT(S). | CASE NUMBER:<br>CV08-02865 ODW (JWJx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
1. Application to File Settlement Agreement Under Seal for In Camera Review by Court;
2. [Proposed] Order;
3. Settlement and General Release Agreement

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☑ Other  Settlement Agreement

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*): _____

January 9, 2009                               Allison C. Eckstrom
Date                                          Attorney Name

                                              JPMORGAN CHASE BANK, N.A.
                                              Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

## **PROOF OF SERVICE**

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 5 Park Plaza, Suite 1750, Irvine, California 92614.

On January 12, 2009, I served the within document(s):

**NOTICE OF MANUAL FILING**

☐     **BY U.S. MAIL** - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐     **BY OVERNIGHT MAIL** - by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐     **BY PERSONAL SERVICE** - I delivered to an authorized courier or driver authorized by Orange County Corporate Courier, Inc. to receive documents to be delivered on the same date. A proof of service signed by the authorized courier will be filed with the court upon request.

☐     **BY ELECTRONIC MAIL** - by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below. The transmission was reported as complete and without error. My electronic notification address is 5 Park Plaza, Suite 1750, Irvine, California 92614. My e-mail address is mcalvert@morganlewis.com.

☒     **BY E-FILE** - I caused such documents to be transmitted by e-file to the designated e-mail address of the addressee(s) listed below:

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

PROOF OF SERVICE

| | |
|---|---|
| Thomas A. Pistone, Esq.<br>Michael K. Wolder, Esq.<br>Eric J. Medel, Esq.<br>**PISTONE & WOLDER**<br>2020 Main Street, Suite 900<br>Irvine, CA  92614 | Telephone:  949. 622.8980<br>Facsimile:  949.622.8985 |
| Joel W. Baruch, Esq.<br>**LAW OFFICES OF JOEL W. BARUCH**<br>2020 Main Street, Suite 900<br>Irvine, CA  92614 | Telephone:  949. 864.9662<br>Facsimile:  949.851.3185 |

Executed on January 12, 2009, at Irvine, California.

I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the above is true and correct.

_____
Jojo Nghiem

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

PROOF OF SERVICE