ORIGINAL

MORGAN, LEWIS & BOCKIUS LLP
CARRIE A. GONELL, State Bar No. 257163
ALLISON C. ECKSTROM, State Bar No. 217255
5 Park Plaza, Suite 1750
Irvine, CA 92614
Tel: 949.399.7000
Fax: 949.399.7001
cgonell@morganlewis.com
aeckstrom@morganlewis.com

Attorney for
JPMORGAN CHASE BANK, N.A.

FILED
CLERK, U.S. DISTRICT COURT
JAN 16 2009
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULINE NGUYEN-JENSTAD, on behalf of herself and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>J.P. MORGAN-CHASE, a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. CV08-02865 ODW (JWJx)<br><br>**APPLICATION TO FILE SETTLEMENT AGREEMENT UNDER SEAL FOR *IN CAMERA* REVIEW BY COURT**<br><br>Complaint Filed: March 27, 2008<br>Trial Date: None Set |

DB1/62469592.1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

APPLICATION TO FILE SETTLEMENT AGREEMENT UNDER SEAL FOR *IN CAMERA* REVIEW

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Defendant JPMorgan Chase Bank, N.A. ("Defendant") hereby requests that the confidential Settlement and General Release Agreement ("Settlement Agreement"), executed by and between Defendant and Plaintiff Pauline Nguyen-Jenstad ("Plaintiff") on or about December 15, 2008, be filed under seal with the Court for *in camera* review as requested by the parties in their Joint Motion Re: Approval of Settlement and Request for Dismissal with Prejudice of all Claims ("Joint Motion").

On January 8, 2009, the parties filed their Joint Motion, wherein the parties requested that this Court approve the settlement of Plaintiff's claims, which includes a release by Plaintiff of any and all claims for wages that she has (or had) against Defendant under the Fair Labor Standards Act ("FLSA"), §§ 210, *et seq*. In light of the confidential nature of the Settlement Agreement, Defendant hereby requests that the Settlement Agreement be filed under seal for the Court's *in camera* review.

Dated: January 12, 2009

MORGAN, LEWIS & BOCKIUS LLP
CARRIE A. GONELL
ALLISON C. ECKSTROM

By /s/ Allison C. Eckstrom
ALLISON C. ECKSTROM
Attorneys for
JPMORGAN CHASE BANK, N.A.

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 5 Park Plaza, Suite 1750, Irvine, California 92614.

On January 12, 2009, I served the within document(s):

**APPLICATION TO FILE SETTLEMENT AGREEMENT UNDER SEAL FOR *IN CAMERA* REVIEW BY COURT**

☒ **BY U.S. MAIL** - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT MAIL** - by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ **BY PERSONAL SERVICE** - I delivered to an authorized courier or driver authorized by Orange County Corporate Courier, Inc. to receive documents to be delivered on the same date. A proof of service signed by the authorized courier will be filed with the court upon request.

☐ **BY ELECTRONIC MAIL** - by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below. The transmission was reported as complete and without error. My electronic notification address is 5 Park Plaza, Suite 1750, Irvine, California 92614. My e-mail address is mcalvert@morganlewis.com.

☐ **BY E-FILE** - I caused such documents to be transmitted by e-file to the designated e-mail address of the addressee(s) listed below:

DB1/62469592.1                    -3-

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

APPLICATION TO FILE SETTLEMENT AGREEMENT UNDER SEAL FOR *IN CAMERA* REVIEW

| | |
|---|---|
| Thomas A. Pistone, Esq. | Telephone: 949. 622.8980 |
| Michael K. Wolder, Esq. | Facsimile: 949.622.8985 |
| Eric J. Medel, Esq. | |
| PISTONE & WOLDER | |
| 2020 Main Street, Suite 900 | |
| Irvine, CA 92614 | |
| | |
| Joel W. Baruch, Esq. | Telephone: 949. 864.9662 |
| LAW OFFICES OF JOEL W. BARUCH | Facsimile: 949.851.3185 |
| 2020 Main Street, Suite 900 | |
| Irvine, CA 92614 | |

Executed on January 12, 2009, at Irvine, California.

I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the above is true and correct.

*[signature]*
Jojo Nghiem