1

2

3

4

5

6

7

8



FILED
CLERK, U.S. DISTRICT COURT

JAN 16 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULINE NGUYEN-JENSTAD, on behalf of herself and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>J.P. MORGAN-CHASE, a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  CV08-02865 ODW (JWJx)<br><br>[~~PROPOSED~~] ORDER RE: APPLICATION TO FILE SETTLEMENT AGREEMENT UNDER SEAL FOR *IN CAMERA* REVIEW BY COURT<br><br>Complaint Filed:   March 27, 2008<br>Trial Date:          None Set |

DB1/62469916.1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

1    Having reviewed the Application to File Settlement Agreement under Seal

2    for *In Camera* Review filed by Defendant JPMorgan Chase Bank, N.A.

3    ("Defendant"), and good cause appearing,

4         IT IS HEREBY ORDERED THAT:

5         The Settlement and General Release Agreement, executed on or about

6    December 15, 2008 by and between Defendant and Plaintiff Pauline Nguyen-

7    Jenstad, shall be filed under seal with the Court for *in camera* review.

8

9         IT IS SO ORDERED this 16th day of January, 2009.

10

11

12    _____

13    **OTIS D. WRIGHT**
      Hon. Otis D. Wright

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

[PROPOSED] ORDER RE: APPLICATION TO FILE SETTLEMENT AGREEMENT
UNDER SEAL FOR *IN CAMERA* REVIEW BY COURT

1

## **PROOF OF SERVICE**

2

3      I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 5 Park Plaza, Suite 1750, Irvine, California 92614.

4

5      On January 12, 2009, I served the within document(s):

6

**[PROPOSED] ORDER RE:  APPLICATION TO FILE SETTLEMENT AGREEMENT UNDER SEAL FOR *IN CAMERA* REVIEW BY COURT**

7

8

9      ☒      **BY U.S. MAIL -** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California addressed as set forth below.  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

10

11

12

13

14

15      ☐      **BY OVERNIGHT MAIL -** by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

16

17

18      ☐      **BY PERSONAL SERVICE -** I delivered to an authorized courier or driver authorized by Orange County Corporate Courier, Inc. to receive documents to be delivered on the same date.  A proof of service signed by the authorized courier will be filed with the court upon request.

19

20

21      ☐      **BY ELECTRONIC MAIL -** by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below. The transmission was reported as complete and without error.  My electronic notification address is 5 Park Plaza, Suite 1750, Irvine, California 92614.  My e-mail address is mcalvert@morganlewis.com.

22

23

24      ☐      **BY E-FILE -** I caused such documents to be transmitted by e-file to the designated e-mail address of the addressee(s) listed below:

25

26

27

28

DB1/62469916.1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

1 | **Thomas A. Pistone, Esq.**                    **Telephone:  949. 622.8980**
2 | **Michael K. Wolder, Esq.**                    **Facsimile:  949.622.8985**
3 | **Eric J. Medel, Esq.**
4 | **PISTONE & WOLDER**
   | **2020 Main Street, Suite 900**
5 | **Irvine, CA  92614**

6 |
7 | **Joel W. Baruch, Esq.**                       **Telephone:  949. 864.9662**
8 | **LAW OFFICES OF JOEL W.**                     **Facsimile:  949.851.3185**
   | **BARUCH**
9 | **2020 Main Street, Suite 900**
   | **Irvine, CA  92614**

Executed on January 12, 2009, at Irvine, California.

I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the above is true and correct.

Jojo Nghiem

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

[PROPOSED] ORDER RE: APPLICATION TO FILE SETTLEMENT AGREEMENT
UNDER SEAL FOR *IN CAMERA* REVIEW BY COURT