Ira Spiro, State Bar No. 067641
SPIRO MOSS LLP
11377 West Olympic Boulevard, Fifth Floor
Los Angeles, CA 90064-1683
Telephone: (310) 235-2468
Fax: (310) 235-2456
ira@spiromoss.com

THOMAS & SOLOMON LLP
J. Nelson Thomas, NY Attorney # 2579159
(*pro hac vice application submitted herewith*)
693 East Avenue
Rochester, NY 14607
Telephone: (585) 272-0540
Facsimile: (585) 272-0574
nthomas@theemploymentattorneys.com

Attorneys for Proposed Intervener Michael J. Davis

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULINE NGUYEN-JENSTAD on behalf of herself and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>J.P. MORGAN-CHASE, a corporation; and DOES 1 TO 100, inclusive,<br><br>Defendants. | Case No. CV 08-2865 ODW (JWJx)<br><br>**DECLARATION OF J. NELSON THOMAS IN SUPPORT OF PROPOSED INTERVENER'S MOTION FOR LEAVE TO INTERVENE AND TO UNSEAL SETTLEMENT AGREEMENT**<br><br>[Concurrently filed with Notice of Motion and Motion; [Proposed] Order]<br><br>Date: January 25, 2010<br>Time: 1:30 p.m.<br>Dept: Courtroom 11<br>Judge: The Honorable Otis D. Wright<br><br>Date Action Filed: March 27, 2008<br>Trial Date: None |

---

DECLARATION OF J. NELSON THOMAS IN SUPPORT OF MOTION TO INTERVENE
AND UNSEAL SETTLEMENT AGREEMENT
Case No. CV 08-2865 ODW (JWJx)

# DECLARATION OF J. NELSON THOMAS

I, J. Nelson Thomas, declare:

1. I am admitted in good standing to practice as an attorney in the States of New York and Pennsylvania, the Second Circuit Court of Appeals, the Fourth Circuit Court of Appeals and the United States District Courts for the Northern and Western Districts of New York and the Western District of Pennsylvania. I have never been subject to discipline by the State Bar of New York or Pennsylvania. I am a fully qualified, adult resident of the State of New York, and, if called as a witness herein, I would testify truthfully to the matters set forth herein. All of the matters set forth herein are within my personal knowledge, except those matters that are stated to be upon information and belief. As to such matters, I believe them to be true.

2. I am a Partner of the law firm of Thomas & Solomon LLP. My business address is 693 East Avenue, Rochester, New York 14607 and my business telephone number is (585) 272-0540.

3. Michael J. Davis, on behalf of himself and all other similarly situated employees of defendant J.P. Morgan Chase ("Chase"), commenced an action against Chase alleging claims similar to those alleged in the instant action, i.e., that Chase misclassified its underwriters as exempt employees and thus failed to pay them proper wages and overtime pay. *See Davis v. JP Morgan Chase & Co.*, No. 01-CV-6492L (W.D.N.Y.).

4. Andrew Whalen and three other party-plaintiffs subsequently joined the *Davis* action. The parties thereafter agreed that they would initially litigate only the FLSA claims of Andrew Whalen. *See* Davis, No. 01-CV-6492L, Doc. 31.

5. The *Davis* action is currently pending before the Second Circuit

Court of Appeals. *See Davis v. JP Morgan Chase & Co.*, Docket No. 08-4092-cv (2d Cir.).

6. I am counsel of record for Michael J. Davis in the *Davis* action.

7. I submit this Declaration in support of Mr. Davis's Motion for Leave to Intervene in the instant action and to Unseal the Settlement and General Release Agreement entered into by the parties to this action.

8. My non-resident attorney application to appear in this case is being submitted simultaneously with this declaration and Mr. Davis's motion to Intervene and Unseal.

I declare under the laws of the United States of America that the foregoing is true and correct. Executed on December 15, 2009 at Rochester, New York.

_____
J. Nelson Thomas, "Declarant"