MORGAN, LEWIS & BOCKIUS LLP
CARRIE A. GONELL, State Bar No. 257163
JOHN D. HAYASHI, State Bar No. 211077
5 Park Plaza, Suite 1750
Irvine, CA 92614
Tel: 949.399.7000
Fax: 949.399.7001
cgonell@morganlewis.com
jhayashi@morganlewis.com

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULINE NGUYEN-JENSTAD, on behalf of herself and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>J.P. MORGAN-CHASE, a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. CV08-02865 ODW (JWJx)<br><br>**DECLARATION OF CARRIE A. GONELL IN SUPPORT OF DEFENDANT JPMORGAN CHASE BANK, N.A.'S OPPOSITION TO PROPOSED INTERVENOR MICHAEL J. DAVIS' MOTION FOR LEAVE TO INTERVENE AND TO UNSEAL SETTLEMENT AGREEMENT**<br><br>Date: January 25, 2010<br>Time: 1:30 p.m.<br>Place: Courtroom 11<br>Judge: Hon. Otis D. Wright |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB1/64119343.2

DECL. OF CARRIE A. GONELL

## DECLARATION OF CARRIE A. GONELL

I, Carrie A. Gonell, declare and state as follows:

1. I am a partner with the law firm of Morgan, Lewis & Bockius LLP, counsel of record for Defendant JPMorgan Chase Bank, N.A. ("Chase"), in the above-captioned matter. I am licensed to practice law in the State of California and am admitted to practice before this Court. I have personal knowledge of the facts set forth in this Declaration and I could and would testify competently thereto if called upon to do so. I submit this Declaration in support of Defendant JPMorgan Chase Bank, N.A.'S Opposition To Proposed Intervenor Michael J. Davis' Motion For Leave To Intervene And To Unseal Settlement Agreement.

2. I was counsel of record for Chase in this action, which has been dismissed. In January 2009, the parties resolved their disputes and copy of the parties' confidential settlement agreement (the "Agreement") was submitted to the Court under seal for *in camera* review. This Court granted the parties' application to seal the Agreement and issued an order dismissing Plaintiff Pauline Nguyen-Jenstad's ("Jenstad") action with prejudice on January 22, 2009 (Docket No. 33).

3. The confidential Agreement was the result of good faith, arms-length negotiations between Jenstad and Chase to resolve her dispute. Confidentiality of the settlement was one of the terms of the Agreement. To unseal the Agreement would prejudice the parties to the Agreement.

4. The Agreement contains confidential, private information concerning Jenstad's wages, the amount of compensation she received in settlement of her disputes, and the IRS tax treatment of her settlement.

5. Prior the Proposed Intervenor's filing of the instant Motion, neither counsel for the Proposed Intervenor, J. Nelson Thomas nor Ira Spiro, ever discussed the substance of the contemplated Motion with counsel for Chase prior to its filing.

6. Counsel for Proposed Intervenor, J. Nelson Thomas, contacted us in March 2009 and requested a copy of the settlement agreement in the *Jenstad* matter. In response, we sent Mr. Thomas an email stating: "We got your message requesting a copy of the confidential settlement agreement that the parties entered into in the Jenstad matter. We do not see a basis for your request for that agreement - can you please let us know why you are interested in reviewing it?"

7. In response, Mr. Thomas sent a return email in March 2009 indicating only that: "There is no basis for it to be sealed. We will petition the court shortly for it to be unsealed."

8. Between March of 2009 and the time this Motion was filed, counsel for Proposed Intervenor and counsel for Chase have had no communications about the instant Motion.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on the 11th day of January, 2010, at Irvine, California.

*[signature]*
Carrie A. Gonell