1  MORGAN, LEWIS & BOCKIUS LLP
   CARRIE A. GONELL, State Bar No. 257163
2  JOHN D. HAYASHI, State Bar No. 211077
   5 Park Plaza, Suite 1750
3  Irvine, CA 92614
   Tel: 949.399.7000
4  Fax: 949.399.7001
   cgonell@morganlewis.com
5  jhayashi@morganlewis.com

6  Attorneys for Defendant
   JPMORGAN CHASE BANK, N.A.
7

8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10

11 | PAULINE NGUYEN-JENSTAD, on behalf of herself and those similarly situated, | Case No. CV08-02865 ODW (JWJx)
12 |  | **DECLARATION OF SAMUEL S. SHAULSON IN SUPPORT OF DEFENDANT JPMORGAN CHASE BANK, N.A.'S OPPOSITION TO PROPOSED INTERVENOR MICHAEL J. DAVIS' MOTION FOR LEAVE TO INTERVENE AND TO UNSEAL SETTLEMENT AGREEMENT**
13 | Plaintiffs, |
14 | vs. |
15 | J.P. MORGAN-CHASE, a corporation; and DOES 1 through 100, inclusive, |
16 |  |
17 | Defendants. |
18 |  | Date: January 25, 2010
   |  | Time: 1:30 p.m.
   |  | Place: Courtroom 11
19 |  | Judge: Hon. Otis D. Wright

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB1/64212610.1                                          DECL. OF SAMUEL S. SHAULSON

# DECLARATION OF SAMUEL S. SHAULSON

I, Samuel S. Shaulson, declare and state as follows:

1. I am a partner with the law firm of Morgan, Lewis & Bockius LLP. I have personal knowledge of the facts set forth in this Declaration and I could and would testify competently thereto if called upon to do so. I am counsel of record for JPMorgan Chase & Co. in various matters in New York including *Davis v. JP Morgan Chase & Co.*, NO. 01-CV-6492L (W.D.N.Y.). I submit this declaration in support of Defendant JPMorgan Chase Bank, N.A.'s Opposition To Proposed Intervenor Michael J. Davis' Motion For Leave To Intervene And To Unseal Settlement Agreement.

2. During a teleconference in March of 2009 with counsel for the Proposed Intervenor, J. Nelson Thomas, regarding the Proposed Intervenor's request for a copy of the settlement agreement in this matter, counsel declined to articulate any basis for his request.

3. I have had no other communications with Mr. Thomas about the instant Motion in the nine months that passed before the this Motion was filed.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on the 11th day of January, 2010, at New York, New York.

/s/ Samuel S. Shaulson
Samuel S. Shaulson

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB1/64212610.1

DECL. OF SAMUEL S. SHAULSON