Ira Spiro, State Bar No. 067641
SPIRO MOSS LLP
11377 West Olympic Boulevard, Fifth Floor
Los Angeles, CA 90064-1683
Telephone: (310) 235-2468
Fax: (310) 235-2456
ira@spiromoss.com

THOMAS & SOLOMON LLP
J. Nelson Thomas, NY Attorney # 2579159
(*admitted pro hac vice*)
693 East Avenue
Rochester, NY 14607
Telephone: (585) 272-0540
Facsimile: (585) 272-0574
nthomas@theemploymentattorneys.com

Attorneys for Proposed Intervener Michael J. Davis

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULINE NGUYEN-JENSTAD on behalf of herself and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>J.P. MORGAN-CHASE, a corporation; and DOES 1 TO 100, inclusive,<br><br>Defendants. | Case No. CV 08-2865 ODW (JWJx)<br><br>**REPLY DECLARATION OF J. NELSON THOMAS IN SUPPORT OF PROPOSED INTERVENER'S MOTION FOR LEAVE TO INTERVENE AND TO UNSEAL SETTLEMENT AGREEMENT**<br><br>Date: January 25, 2010<br>Time: 1:30 p.m.<br>Dept: Courtroom 11<br>Judge: The Honorable Otis D. Wright<br><br>Date Action Filed: March 27, 2008<br>Trial Date: None |

REPLY DECLARATION OF J. NELSON THOMAS IN SUPPORT OF MOTION TO
INTERVENE AND UNSEAL SETTLEMENT AGREEMENT
Case No. CV 08-2865 ODW (JWJx)

## DECLARATION OF J. NELSON THOMAS

I, J. Nelson Thomas, declare and state as follows:

1. I am a Partner of the law firm of Thomas & Solomon LLP. My business address is 693 East Avenue, Rochester, New York 14607 and my business telephone number is (585) 272-0540. I am admitted in good standing to practice as an attorney in the States of New York and Pennsylvania, the Second Circuit Court of Appeals, the Fourth Circuit Court of Appeals and the United States District Courts for the Northern and Western Districts of New York and the Western District of Pennsylvania. I have been granted permission to appear and participate in this action on behalf of the proposed intervener, Michael J. Davis. I have personal knowledge of the facts set forth in this Declaration and I could and would testify competently thereto if called upon to do so.

2. I submit this Declaration in support of Mr. Davis's Motion for Leave to Intervene in the instant action and to Unseal the Settlement and General Release Agreement entered into by the parties to this action.

3. Michael J. Davis, on behalf of himself and all other similarly situated employees of defendant J.P. Morgan Chase ("Chase"), commenced an action against Chase alleging claims similar to those alleged in the instant action, i.e., that Chase misclassified its underwriters as exempt employees and thus failed to pay them proper wages and overtime pay. *See Davis v. JP Morgan Chase & Co.*, No. 01-CV-6492L (W.D.N.Y.).

4. Andrew Whalen and three other party-plaintiffs subsequently joined the *Davis* action. The parties thereafter agreed that they would initially litigate only the FLSA claims of Andrew Whalen. *See Davis*, No. 01-CV-6492L, Doc. 31.

5. On November 20, 2009, the Second Circuit issued a decision

reversing the District Court and ruling that the job of underwriter as performed at Chase did not qualify for the administrative exemption. *Davis v. JP Morgan Chase & Co.*, 587 F.3d 529 (2d Cir. 2009). Chase subsequently filed a Petition for Rehearing and Suggestion for Rehearing *En Banc* that is currently pending before the Court Appeals, and therefore a mandate is yet to issue. *See Davis v. JP Morgan Chase & Co.*, Docket No. 08-4092-cv (2d Cir.).

6. I am counsel of record for Michael J. Davis in the *Davis* action.

7. In March 2009, I contacted counsel for Chase in the instant matter to request a copy of the Settlement Agreement entered herein. After stating to Ms. Gonell that there was no basis for the Settlement Agreement to be sealed, Mr. Shaulson asked that I contact him to further discuss the request. Attached hereto as **Exhibit A** is a copy of the emails exchanged.

8. Shortly thereafter, as requested, I contacted Mr. Shaulson via telephone to discuss the request for the Settlement Agreement. In that lengthy telephone conversation, I again requested a copy of the Settlement Agreement. I explained that there was no basis to maintain the Agreement under seal and that I would seek a judicial ruling to that effect if an agreement could not be reached concerning disclosure of the Settlement Agreement. Mr. Shaulson would not agree to disclose the Settlement Agreement.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on January 14, 2010 at Rochester, New York.



J. Nelson Thomas, "Declarant"

REPLY DECLARATION OF J. NELSON THOMAS IN SUPPORT OF MOTION TO
INTERVENE AND UNSEAL SETTLEMENT AGREEMENT
Case No. CV 08-2865 ODW (JWJx)
- 3 -