# EXHIBIT A

# Amy Pitt

**From:** Shaulson, Samuel S. [sshaulson@morganlewis.com]
**Sent:** Monday, March 30, 2009 2:18 PM
**To:** Nelson Thomas; Gonell, Carrie A.
**Cc:** gtalia@theemploymentattorneys.com; 'Mike Lingle'
**Subject:** RE: Chase

Nelson:

Do you have 2 minutes to discuss over the phone?

Thanks,
Sam

**Samuel S. Shaulson**
Morgan, Lewis & Bockius LLP
101 Park Avenue | New York, NY 10178-0600
Direct: 212.309.6718 | Main: 212.309.6000 | Fax: 212.309.6001
sshaulson@morganlewis.com | www.morganlewis.com
Assistant: Louise M. Leino | 212.309.6652 | lleino@morganlewis.com

**From:** Nelson Thomas [mailto:nthomas@theemploymentattorneys.com]
**Sent:** Monday, March 30, 2009 1:55 PM
**To:** Gonell, Carrie A.
**Cc:** Shaulson, Samuel S.; gtalia@theemploymentattorneys.com; 'Mike Lingle'
**Subject:** RE: Chase

There is no basis for it to be sealed.

We will petition the court shortly for it to be unsealed.

Thanks.

Nelson.

Dolin, Thomas & Solomon LLP
THE EMPLOYMENT ATTORNEYS

J. Nelson Thomas, Esq.
693 East Avenue, Rochester NY 14607
**tel:** 585.272.0540    **fax:** 585.272.0574
www.theemploymentattorneys.com

The information contained in this e-mail message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that dissemination, distribution or copying of this information is prohibited. If you have received this communication in error, please notify the sender immediately by reply e-mail.



**From:** Gonell, Carrie A. [mailto:cgonell@morganlewis.com]
**Sent:** Monday, March 30, 2009 1:33 PM
**To:** Nelson Thomas
**Cc:** Shaulson, Samuel S.
**Subject:** Chase

Nelson:

We got your message requesting a copy of the confidential settlement agreement that the parties entered into in the *Jenstad* matter. We do not see a basis for your request for that agreement – can you please let us know why you are interested in reviewing it?

Sincerely,

Carrie

**Carrie A. Gonell**
Morgan, Lewis & Bockius LLP
5 Park Plaza, Suite 1750 | Irvine, CA 92614
Direct: 949.399.7160 | Main: 949.399.7000 | Fax: 949.399.7001
cgonell@morganlewis.com | www.morganlewis.com
Assistant: Patricia Martin | 949.399.7112 | pmartin@morganlewis.com

IRS Circular 230 Disclosure
To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. For information about why we are required to include this legend in emails, please see http://www.morganlewis.com/circular230

DISCLAIMER
This e-mail message is intended only for the personal
use of the recipient(s) named above. This message may
be an attorney-client communication and as such privileged
and confidential. If you are not an intended recipient,
you may not review, copy or distribute this message. If
you have received this communication in error, please
notify us immediately by e-mail and delete the original
message.
DISCLAIMER
This e-mail message is intended only for the personal
use of the recipient(s) named above. This message may
be an attorney-client communication and as such privileged
and confidential. If you are not an intended recipient,
you may not review, copy or distribute this message. If
you have received this communication in error, please
notify us immediately by e-mail and delete the original
message.