UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 08-2865 ODW (JWJx) | Date | January 20, 2010 |
|---|---|---|---|
| Title | *Pauline Nguyen-Jenstad, et al. v. J.P. Morgan-Chase* | | |

| Present: | The Honorable Otis D. Wright II, United States District Judge | |
|---|---|---|

| Raymond Neal | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings (IN CHAMBERS):**   **Order DENYING Motion for Leave to Intervene and to Unseal Settlement Agreement [34]**

   Michael J. Davis's Motion for Leave to Intervene and to Unseal the Settlement Agreement [34] is DENIED. The January 25, 2010 hearing is VACATED and no appearances are necessary. *See* Fed. R. Civ. P. 78; L.R. 7-15.


**IT IS SO ORDERED.**


                                                                              --   :   00
                                                       Initials of Preparer      RGN