Ira Spiro, State Bar No. 067641
SPIRO MOSS LLP
11377 West Olympic Boulevard, Fifth Floor
Los Angeles, CA 90064-1683
Telephone: (310) 235-2468
Fax: (310) 235-2456
ira@spiromoss.com

Attorneys for Proposed Intervener Michael J. Davis

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULINE NGUYEN-JENSTAD on behalf of herself and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>J.P. MORGAN-CHASE, a corporation; and DOES 1 TO 100, inclusive,<br><br>Defendants. | Case No. CV 08-2865 ODW (JWJx)<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that Michael J. Davis, proposed intervener in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from an Order imposed and filed on January 20, 2010 and entered on the Docket in this action on January 20, 2010 denying proposed intervener's Motion for Leave to Intervene and to Unseal the Settlement Agreement.

1  A copy of the Order is attached hereto.

2
3
4  Date:  February 18, 2010

5                                Respectfully Submitted,

6                                THOMAS & SOLOMON LLP

7                                By: _s/Guy A. Talia__
8                                J. Nelson Thomas, NY Attorney # 2579159
9                                *(admitted pro hac vice)*
                                 Guy A. Talia, NY Attorney No. 2730491
10                              *(admitted pro hac vice)*
11                              693 East Avenue
                             Rochester, NY 14607
12                              Telephone: (585) 272-0540
13                              Facsimile:  (585) 272-0574
                             nthomas@theemploymentattorneys.com
14                              gtalia@theemploymentattorneys.com

15
16                              SPIRO MOSS LLP

17                              Ira Spiro, SBN 067641
                             11377 West Olympic Boulevard, Fifth Floor
18                              Los Angeles, CA 90064-1683
                             Telephone:  (310) 235-2468
19                              Facsimile: (310) 235-2456
20                              ira@spiromoss.com

21                              Attorneys for Proposed Intervener/Appellant

22
23
24
25
26
27
28

NOTICE OF APPEAL
Case No. CV 08-2865 ODW (JWJx)